

AARON R. EASLEY
(908) 237-1660
aeasley@sessions.legal

> Application granted. Initial conference adjourned to 7/15/20 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> June 11, 2020

**Via ECF**

Honorable Philip M. Halpern
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12D
New York, NY 10007-1312

    Re:   **Edgar Rotger v. Radius Global Solutions, LLC**
           **Case No.: 7:20-cv-02381-PMH**

Dear Judge Halpern:

    Sessions, Fishman, Nathan & Israel represents Radius Global Solutions, LLC in the above matter. Currently, the parties are scheduled to conduct a scheduling conference with Your Honor on July 9, 2020.

    This letter serves as the undersigned's request, with consent of counsel for plaintiff, that the scheduling conference be adjourned to the week of July 13, 2020. The impetus for this request is that the undersigned will be out of the office the week that encompasses July 9.

                                      Respectfully submitted,

                                      /s/ Aaron R. Easley
                                      Aaron R. Easley

ARE:cjg
cc: Counsel of Record (via ECF)

3 Cross Creek Drive    Flemington, New Jersey    08822-4938
(908) 237-1660    (908) 237-1663 F    www.sessions-law.com

CALIFORNIA • COLORADO • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS